United States District Court
Southern District of Texas

**ENTERED**

April 30, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESSICA PAOLA NAJAR TORRES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-0345 |
| | § | |
| WARDEN RANDY TATE, *et al.* | § | |
| | § | |

## FINAL ORDER OF DISMISSAL

Based on the advisories (Dkt. 8; Dkt. 10) filed by the respondents, this habeas action

is dismissed as moot.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on April 30, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1